FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 21 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JIN LIU, DEFENDANT(S). | CASE NUMBER SA16-00 559 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>Defense Counsel</u>, IT IS ORDERED that a detention hearing is set for <u>December 22</u>, <u>2016</u>, at <u>2:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Douglas F. McCormick</u>, in Courtroom <u>6B</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 12/21/16

U.S. ~~District Judge~~/Magistrate Judge

**DOUGLAS F. McCORMICK**