

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Jin Liu<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA16-559M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defense Counsel_____, IT IS ORDERED that a detention hearing is set for _December 29_____, _2016_____, at _1:00____ ☐ a.m. / ☒ p.m. before the Honorable _Douglas F. McCormick_____, in Courtroom _6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _12/22/2016_____

_____
U.S. District Judge/Magistrate Judge

DOUGLAS F. McCORMICK